# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2481 Disciplinary Docket No. 3 |
| | : | |
| MARC D'ARIENZO | : | Board File No. C2-18-245 |
| | : | |
| | : | (Supreme Court of New Jersey, |
| | : | D-155 September Term 2016) |
| | : | |
| | : | Attorney Registration No. 68625 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2018, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Marc D'Arienzo is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.